UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOHNNIE DENICE HODGE STREET, ET AL.** | **CIV. ACTION NO. 3:22-05438** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART, INC., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, together with the written Objection [Doc. No. 20] having been filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiffs Denice Hodge Street and Curtis Daniel Street's Motion to Remand [Doc. No. 12] is hereby **GRANTED**, and that the above-captioned cause is hereby remanded to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, whence it was removed. 28 U.S.C. § 1447(e).

MONROE, LOUISIANA, this 7th day of June, 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE